1  HEATHER M. VIGIL, Bar No. 254694
   hvigil@littler.com
2  ERICA P. HERCZEG, Bar No. 285329
   eherczeg@littler.com
3  LITTLER MENDELSON, P.C.
   2050 Main Street, Suite 900
4  Irvine, CA 92614
   Telephone: 949.705.3000
5  Facsimile: 949.724.1201

6  Attorneys for Defendants
   THE UNIVERSITY OF PHOENIX, INC. AND
7  SHAUN MORSE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHUKWU IKECHUKWU AGHAEGBUNA, | Case No. 8:18-cv-00328-AG (Ex) |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF CHUKWU IKECHUKWU AGHAEGBUNA'S COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FRCP 12(B)(6) OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12(E)** |
| v. | |
| UNIVERSITY OF PHOENIX & SHAUN MORSE, | |
| Defendants. | |
| | **Hearing**: |
| | Date:  May 14, 2018 |
| | Time:  10:00 a.m. |
| | Place: Santa Ana Division, Court 10D |

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Firmwide:153133727.1 073540.1131

**TO PLAINTIFF CHUKWU IKECHUKWU AGHAEGBUNA:**

**PLEASE TAKE NOTICE** that on May 14, 2018 at 10:00 a.m., or as soon thereafter as the as the matter may be heard in Courtroom 10D of the above-entitled Court, Defendants The University of Phoenix, Inc. and Shaun Morse ("Defendants") will and hereby do move as follows:

1. For an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing, without leave to amend, each of the purported claims for relief brought against Defendants by Plaintiff Chukwu Ikechukwu Aghaegbuna ("Plaintiff") on the following grounds:

    a. Plaintiff's purported claims for discrimination under Title II of the Americans with Disabilities Act ("ADA") and the Rehabilitation Act of 1973 ("Rehabilitation Act") fail to state a plausible claim for relief because Plaintiff's Complaint fails to set forth any specific and nonconclusory allegations that (1) he is disabled under the Act; (2) he is "otherwise qualified" to remain a student; (3) he was denied access to or dismissed from The University of Phoenix's Bachelor of Science in Nursing degree program solely because of his disability; and (4) Defendants are public entities (for the ADA claim) or receive federal financial assistance (for the Rehabilitation Act claim).

    b. Plaintiff's purported claim for discrimination under Title III of the ADA fails to state a plausible claim for relief because Plaintiff's Complaint fails to set forth any specific and nonconclusory allegations that (1) he is disabled within the meaning of the ADA; (2) Defendants are private entities that own, lease, or operate a place of public accommodation; and (3) he was denied public accommodations by Defendants because of his disability.

    c. Plaintiff's purported claims for discrimination against Defendant

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Firmwide:153133727.1 073540.1131

2.

Shaun Morse under Title II and Title III of the ADA and the Rehabilitation Act fail to state a plausible claim for relief because Plaintiff cannot maintain these actions against an individual defendant.

    d.    Plaintiff's purported claim for damages for discrimination under Title III of the ADA fails to state a plausible claim for relief because Plaintiff cannot recover damages under Title III of the ADA.

2.    In the alternative, should the Court find that any potential claim survives, Defendants move for an Order compelling Plaintiff to provide a more definite statement pursuant to Federal Rule of Civil Procedure 12(e), on the ground that Plaintiff's Complaint against Defendants is so unintelligible and indefinite that Defendants cannot reasonably be expected to frame a proper response.

    This Motion is made following a good-faith attempt to conference with Plaintiff pursuant to L.R. 7-3 on February 22 and 23, 2018. (*See* Declaration of Erica P. Herczeg filed concurrently herewith).

    This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Erica P. Herczeg and exhibits attached thereto, the records and pleadings on file herein, and any other evidence and argument as may be presented.

Dated:   March 5, 2018

    */s/ Erica P. Herczeg*
HEATHER M. VIGIL
ERICA P. HERCZEG
LITTLER MENDELSON, P.C.
Attorneys for Defendants
THE UNIVERSITY OF PHOENIX, INC. AND SHAUN MORSE

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Firmwide:153133727.1 073540.1131

3.

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is 2050 Main Street, Suite 900, Irvine, CA 92614.

On March 5, 2018, I served the within documents described as:

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF CHUKWU IKECHUKWU AGHAEGBUNA'S COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FRCP 12(B)(6) OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12(E)**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Chukwu Ikechukwu Aghaegbuna, ER, ICU&PSYCH RN
GEOVISION MJJ CONVICTS INC
#C3885200 CA.
P.O. Box 67
Artesia, CA 90702

T: (562) 229-8796

Plaintiff In Pro Per

as follows:

☒ **BY MAIL (FRCP 5(b)(1)(C)):** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2050 Main Street, Suite 900, Irvine, California, in the ordinary course of business.

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Firmwide:153133727.1 073540.1131

4.

☐ **BY OVERNIGHT DELIVERY (FRCP 5(b)(1)(F)):** I am readily familiar with the firm's practice of collection and processing items for delivery with Overnight Delivery. Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for at 2050 Main Street, Suite 900, Irvine, California, in the ordinary course of business.

☐ **BY PERSONAL SERVICE (FRCP 5(b)(1)(B)(i)):** I caused said documents to be served by having a professional messenger service, _____, personally deliver them to the person(s) at the address(es) noted above. (A confirmation document of the professional messenger service will be retained in our office.)

☐ **BY FACSIMILE (FRCP 5(b)(1)(E)):** Pursuant to FRCP 5(b)(1)(E), on _____, at approximately _____ I served the above stated document by facsimile from the facsimile machine of Littler Mendelson whose phone number is (949) 724-1201 to the addressee(s) at the facsimile numbers as stated above. The facsimile machine used complies with CRC Rule 2.306(h). Pursuant to CRC Rule 2.306(h) the transmission by facsimile was reported as complete and without error.

☐ **BY ELECTRONIC MAIL WHERE INDICATED:** Pursuant to FRCP 5(b)(2)(E), I served the foregoing document described by emailing to it each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error. My email address is kgarcia@litler.com.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 5, 2018, at Irvine, California.

*Karla Garcia*
_____
Karla Garcia

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Firmwide:153133727.1 073540.1131

6.